# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE   MAGISTRATE MARCOS E. LÓPEZ

COURTROOM DEPUTY: Minerva **FIGUEROA**           DATE: April 23, 2007

COURT REPORTER:   **FTR**                         CR: 97-178-001 (PG)

COURT INTERPRETER:
========================================================================

United   States of America                       Attorneys:  AUSA-Antonio Bazan

vs.


Jose R. Roman-Acosta                             AFPD-Victor Gonzalez-Bothwell
========================================================================

    Defendant was brought before the Magistrate Judge López by the U.S. Marshals upon an arrest warrant issued on April 10, 207 by order of Judge Perez-Gimenez for violation of defendant's supervised release conditions.  The Court appointed on this date the Federal Public Defender to represent the defendant.  Defendant was advised of his rights and the Court orders that the case be referred to Judge Perez-Gimenez for final revocation hearing.

    After the hearing was finished, the Marshal informed the Court that defendant surrender voluntarily, thereafter, the Court orders that a representative from the U.S. Attorney's Office, the Probation Office and the Federal Public Defender be present at 1:30 P.M.

    A detention hearing was held.  The government is heard and states that defendant has failed to comply with his conditions of supervised release and requests that defendant be detain.  Defense counsel and PO, Semidey are heard.  The Court after hearing the parties finds that defendant has violation the conditions of his supervised release and orders that defendant be detained and matter is referred to Judge Perez-Gimenez for final revocation hearing.

*S/MINERVA FIGUEROA*
Courtroom Deputy Clerk