AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

JUDICIAL District of PUERTO RICO

UNITED STATES OF AMERICA

V.

**José R. ROMAN-ACOSTA**
Urb. Jardines De Oriente, A-1, Humaco, PR
Tel: (787) 206-2330

**WARRANT FOR ARREST**

Case Number: 97 CR 00178-01 (PG)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    **José R. ROMAN-ACOSTA**
                                                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☒ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

Violation of conditions of supervised release.

in violation of Title _____ United States Code, Section(s) _____

| JUAN M. PEREZ-GIMENEZ | s/ Juan M. Pérez-Giménez |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| UNITED STATES DISTRICT JUDGE | April 10, 2007 at Hato Rey, Puerto Rico |
| Title of Issuing Officer | Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED<br>4-11-07 | NAME AND TITLE OF ARRESTING OFFICER<br>Luis B. Rerrz Dusm | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>4-23-07 | | |