## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

BEFORE THE HONORABLE JUAN M. PEREZ-GIMENEZ

| | |
|---|---|
| COURTROOM DEPUTY: Gladys Romañach | **DATE:** September 26, 2007 |
| COURT REPORTER: Joyce del Valle | **CR NO:** 97-178-01(JPG) |
| COURT INTERPRETER:  Felix Toledo | **Probation Officer:**  Jeffrey Semidey |

===================================================================
**ATTORNEYS:**

UNITED STATES OF AMERICA              Miriam Fernandez

vs.

JOSE RAMON ROMAN-ACOSTA              Joannie Plaza

===================================================================

**CASE CALLED FOR REVOCATION HEARING**.

The defendant is present in court.  He is __X__ under custody _____ on bond.  The defendant has no evidence to rebut the evidence presented by the U.S. Probation Officer.

The term of supervised release imposed on July 1, 2004 is hereby revoked.

IT IS THE JUDGMENT OF THE COURT as to violation(s) of the conditions of imposed supervised release term - using illicit drugs, not complying with drug treatment, failing to submit to monthly treatment reports and not reporting to the U.S. Probation Office as instructed.

Probation term: ___n/a___

Imprisonment term for a total of ___Time served.___

Supervised release for a total term of ___n/a.___

Crim. 97-178-01(JPG)
September 26, 2007

==================================================================

Fine: __n/a__    Special monetary assessment: __n/a__

Restitution: __n/a__

Forfeiture: __n/a__

All terms and conditions are specified in the judgment form.

The defendant is advised of his right to appeal, etc.

The U.S. Bureau of Prisons is ordered to release the defendant effective immediately.

                                           *s/ Gladys Romañach*
                                           Gladys Romañach
                                           Courtroom Deputy Clerk