# UNITED STATES DISTRICT COURT

__Judicial__ **DISTRICT OF** __Puerto Rico__

**UNITED STATES OF AMERICA**

V.

JOSE RAMON ROMAN ACOSTA

*WARRANT FOR ARREST*

CASE NUMBER: CR. 97-178-01 (PG)

To: The United States Marshal
and any Authorized United States Official

**YOU ARE HEREBY COMMANDED** to arrest __JOSE RAMON ROMAN ACOSTA__

and bring him or her forthwith to the nearest magistrate to answer a(n) (Name)

[ ] Indictment         [ ] Information        [ ] Complaint

[ ] Order of Court     [ ] Violation Notice   [X] Supervise Release Violation Petition

charging him or her with (brief description of offense)

Violation of standard condition #7.

in violation of Title _____ United States Code, Section(s) _____

JUAN M. PEREZ GIMENEZ
Name of Issuing Officer

By: _[signature]_
Signature of Issuing Officer

United States District Judge
Title of Issuing Officer

June 15, 2004 at Hato Rey, Puerto Rico
Date and Location

Bail fixed at $ _____

By: JUAN M. PEREZ GIMENEZ
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 6-18-04 | NAME & TITLE OF ARRESTING OFFICER HELIBERTO ROCON TFA PRETF | SIGNATURE OF ARRESTING OFFICER By: _[signature]_ |
|---|---|---|
| DATE OF ARREST 6-22-04 | | |

Received and Filed 2008 JUL 21 PM 2:36 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR